## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LALBHAI PATEL, BEENA HAIR SALON, INC., MICHAEL SCOTT DAVIS, ALEXION CORP., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:21-CV-04047 |
| STAC BIZNESS SOLUTIONS, LLC and SHAWNA AHO, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION TO DISMISS

Defendants, STAC BIZNESS SOLUTIONS, LLC and SHAWNA AHO and Plaintiffs LALBHAI PATEL, BEENA HAIR SALON, INC., MICHAEL SCOTT DAVIS and ALEXION CORP., by their respective counsels, hereby stipulate that all claims in this matter be dismissed without prejudice and without costs pursuant to settlement. Defendants and Plaintiffs, by their respective counsels, further stipulate that the instant Stipulation to Dismiss be converted to a Stipulation to Dismiss with prejudice and without costs on October 31, 2021.


*/s/ Paige M. Neel*
Paige M. Neel
Attorney for Defendants Solutions LLC

*/s/Alexander N. Loftus*
Alexander N. Loftus
Attorney for Plaintiffs

Dated: September 10, 2021


Paige M. Neel
Kimbley A. Kearney
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603
(312) 855-1010
pneel@clausen.com
kkearney@clausen.com
Attorneys for Defendant Stac Bizness Solutions LLC

7696281.1

**CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING**

I hereby certify that on **September 10, 2021**, a copy of the foregoing Stipulation for

Dismissal was filed and served on parties electronically by using ECF filing system.

*/s/ Mary Puhr*

7696281.1