IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LALBHAI PATEL, BEENA HAIR SALON, INC., MICHAEL SCOTT DAVIS, ALEXION CORP., <br>     Plaintiffs, <br><br> v. <br><br> STAC BIZNESS SOLUTIONS, LLC and SHAWNA AHO, <br><br>     Defendants. | CASE NO. 21-CV-04047 |

## ORDER TO DISMISS PURSUANT TO STIPULATION

    This matter having come before the Court upon the Parties' Stipulation to Dismiss without prejudice and without costs pursuant to settlement and the Parties' stipulation that the instant Stipulation to Dismiss be converted to a Stipulation to Dismiss with prejudice and without costs on October 31, 2021; the Court having reviewed the Stipulation to Dismiss and being otherwise fully advised in the premises does hereby

ORDER that this matter is hereby dismissed without prejudice and shall automatically convert to a dismissal with prejudice on October 31, 2021. Outstanding motions are terminated. Status date is stricken. Civil case terminated.

IT IS SO ORDERED

DATED: September 13, 2021

                                                                                 Marvin E. Aspen, U.S. District Judge

7696281.1

## **CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING**

I hereby certify that on **September 10, 2021**, a copy of the foregoing Proposed Order was filed and served on parties electronically by using ECF filing system.

*/s/ Mary Puhr*

7696281.1